# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 10-2462

_____

| | | |
|---|---|---|
| Sarah Fells, | * | |
| | * | |
| Appellant, | * | Appeal from the United States |
| | * | District Court for the |
| v. | * | Eastern District of Arkansas. |
| | * | |
| Stewart Title Guaranty Company, | * | [UNPUBLISHED] |
| | * | |
| Appellee. | * | |

_____

Submitted: November 1, 2010
Filed: November 8, 2010

_____

Before MURPHY, BOWMAN, and COLLOTON, Circuit Judges.

_____

PER CURIAM.

Sarah Fells appeals from the order of the District Court[1] granting summary judgment to Stewart Title Guaranty Company in Fells's lawsuit alleging breach of duty by the title insurer. Following careful de novo review, see Northland Cas. Co. v. Meeks, 540 F.3d 869, 872 (8th Cir. 2008) (standard of review), and consideration

_____

[1]The Honorable Susan Webber Wright, United States District Judge for the Eastern District of Arkansas, adopting the Recommended Disposition of the Honorable Beth Deere, United States Magistrate Judge for the Eastern District of Arkansas.

of Fells's arguments on appeal, we conclude that summary judgment was appropriate for the reasons stated by the District Court.  Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47B.

_____